IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH SKUBEL, et al.                    :          CIVIL ACTION
                                         :
            vs.                          :
                                         :
AMERICAN EXPRESS COMPANY                 :          NO. 10-1821


O R D E R

**AND NOW, TO WIT:** this 7TH day of FEBRUARY, 2011,

it having been reported that the issues between the parties in the above action have been settled

and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of

Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to

agreement of counsel.


BY THE COURT:


/s/ L. FELIPE RESTREPO
L. FELIPE RESTREPO
U.S. MAGISTRATE JUDGE